**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ALFONSO RIVERA GUERRERO,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-02431-DB** |
| **WARDEN,** *ERO El Paso East Camp Montana, et al.*,<br>**Respondents.** | §<br>§<br>§<br>§ | |

**FINAL JUDGMENT**

On this day, the Court considered the above-captioned case. On October 28, 2026, Respondents filed a "Federal Respondents' Advisory to the Court," ECF No. 7, advising that the parties met and conferred via email and that "in light of Petitioner having been ordered released from custody [under a $5,000 bond], [the parties] agree that there are no matters remaining to be resolved." Because it appears no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

SIGNED this 29th day of October, 2026.

**For THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**